**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CALVIN D. STRANGE, JR.                                                    PLAINTIFF
ADC# 20832-075

v.                                      2:14CV00078 BSM/JTR

UNITED STATES OF AMERICA, et al.                                  DEFENDANTS

**ORDER**

Plaintiff Calvin D. Strange, Jr. commenced this *pro se* action by filing a

Complaint pursuant to 42 U.S.C. § 1983. *Doc. 2.* On June 23, 2014 the Court entered

an Initial Order for Pro Se Prisoners (Doc. 3), which informed Plaintiff of his

responsibilities in prosecuting this action. That Order was returned as undeliverable

on July 9, 2014. *Doc. 4.*

*Pro se* litigants are required to follow the same rules of procedure, including the

local court rules, that govern other litigants.  Of particular note to *pro se* plaintiffs is

Local Rule 5.5(c)(2), which states:

> Parties appearing *pro se.* It is the duty of any party not represented by
> counsel to promptly notify the Clerk and the other parties to the
> proceedings of any change in his or her address, to monitor the progress
> of the case, and to prosecute or defend the action diligently. A party
> appearing for himself/herself shall sign his/her pleadings and state
> his/her address, zip code, and telephone number. If any communication
> from the Court to a *pro se* plaintiff is not responded to within thirty (30)
> days, the case may be dismissed without prejudice. Any party proceeding
> *pro se* shall be expected to be familiar with and follow the Federal Rules

of Civil Procedure.

Loc. R. 5.5(c)(2).

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff must notify the Clerk of his current address **within thirty (30)**

**days of the date of this Order.**

2.      Plaintiff is advised that failure to comply with this Order may result in

the dismissal of his Complaint without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this  7th  day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE