# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CALVIN D. STRANGE, JR.
REG #20832-075                                                                                          PLAINTIFF

V.                                        2:14CV00078 BSM/JTR

UNITED STATES OF AMERICA, et al.                                                    DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

## INSTRUCTIONS

The following recommended disposition has been sent to Chief United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the

United States District Judge, you must, at the same time that you file your written objections, include a "Statement of Necessity" that sets forth the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence to be proffered at the requested hearing before the United States District Judge was not offered at the hearing before the Magistrate Judge.

3. An offer of proof setting forth the details of any testimony or other evidence (including copies of any documents) desired to be introduced at the requested hearing before the United States District Judge.

From this submission, the United States District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

**Disposition**

Plaintiff Calvin D. Strange, Jr. initiated this pro se action by filing a Complaint pursuant to 42 U.S.C. § 1983. *Doc. 2.* On June 23, 2014 the Court entered an Initial Order for Pro Se Prisoners (Doc. 3), informing Plaintiff of his responsibilities in prosecuting this action. That Order was returned as undeliverable on July 9, 2014.

*Doc. 4.* The Court then entered an Order (Doc. 5) on August 7, 2014, instructing Plaintiff to notify the Clerk of his current address within thirty (30) days of the Order's entrance. He was cautioned that failure to do so would result in the dismissal of his Complaint without prejudice pursuant to Local Rule 5.5(c)(2). *Doc. 5 at 2.* In excess of thirty (30) days have now passed and Plaintiff has failed to comply with the Court's Order. Accordingly, the Court finds that Plaintiff's Complaint should be dismissed without prejudice.

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's Complaint (Doc. 2) be DISMISSED without prejudice due to his failure to comply with Local Rule 5.5(c)(2).

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommended Disposition would not be taken in good faith.

Dated this 10th day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE