IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CALVIN D. STRANGE, JR.
REG #20832-075                                                                                          PLAINTIFF

v.                                    2:14CV00078 BSM

UNITED STATES OF AMERICA, et al.                                                      DEFENDANTS

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Thomas J. Ray have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety and in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint [Doc. No. 2] is dismissed without prejudice due to his failure to comply with Local Rule 5.5(c)(2).

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

DATED this 15th day of October 2014.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE

1