IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CALVIN D. STRANGE, JR.**                                                           **PLAINTIFF**
**REG #20832-075**

v.                     2:14CV00078 BSM

**UNITED STATES OF AMERICA, et al.**                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 15th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE