**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**CALVIN D. STRANGE, Jr.**                                                                                    **PLAINTIFF**

**v.**                              **CASE NO.  2:14CV00078 BSM**

**UNITED STATES OF AMERICA, et al.**                                                        **DEFENDANTS**

**ORDER**

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Thomas J. Ray have been received. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS, THEREFORE, ORDERED that:

1.   Plaintiff is allowed to proceed with his inadequate medical care claims against Defendants Hoy and Wingo.

2.   Plaintiff's claims against Defendants United States of America, Bureau of Prisons, CV Rivera, Rincon, and Doe are dismissed, without prejudice, for failure to state a claim upon which relief can be granted.

3.   It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying judgment would not be taken in good faith.

Dated this 18th day of December 2014.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE