IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CALVIN D. STRANGE, JR.
REG. #20832-075                                                                                           PLAINTIFF

v.                                    CASE NO. 2:14CV00078 BSM

UNITED STATES OF AMERICA, et al.                                                     DEFENDANTS

## ORDER

On November 5, 2014, plaintiff Calvin D. Strange, Jr., was ordered to either pay the $400 filing fee or file a revised application to proceed *in forma pauperis* [Doc. No. 13]. Strange was advised that his case would be dismissed for failure to prosecute if he failed to comply within thirty (30) days. Strange has failed to comply with the order. Accordingly, this case is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b). It is certified that an *in forma pauperis* appeal from the order and judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 9th day of March 2015.

_____
UNITED STATES DISTRICT JUDGE